UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**To: A Member of the Bar of the Northern District of Texas Who May be Subject to Disciplinary Action**

**Notice of Intent to Impose Reciprocal Discipline and Standing Order for Counsel to Show Cause**

A summary or copy of a sanction imposed against you is attached to this order. Reciprocal discipline will be imposed in this court under LR 83.8(a) and (h) and LCrR 57.8(a) and (h) unless you show cause within **14 days** of the date of this order why such penalty should not be imposed. If you are a registered user of the Electronic Case Files (ECF) system in this court, the clerk will serve this order electronically, and you may use ECF to file your response electronically in the case number shown at the top of this order.

If you do not file a response within the time allowed, or if you respond but do not oppose reciprocal discipline, the clerk is directed to impose the same sanction in this court, which will run concurrently with the sanction shown in the attachment, and, if applicable, to disable your ECF user account. If the sanction imposed was a suspension and you wish to seek reinstatement following the suspension, the clerk is authorized to reinstate you to the bar of this court and to reactivate your ECF user account if you file a request for reinstatement in this case, along with a valid Certificate of Good Standing issued by the highest court of any state or the District of Columbia and a declaration, signed and sworn under penalty of perjury, that no attorney disciplinary matter is pending against you.

**SO ORDERED.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE